IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21683-ALTMAN

**DAIMLER TRUCK AG**, *et al.*,

    *Plaintiffs*,

v.

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants*.

_____/

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Daimler Truck AG, Daimler Truck North America LLC, Thomas Built Buses, Inc., and Detroit Diesel Corporation ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| ruilixian | 14 |
| senshann | 15 |
| penlou | 17 |
| Kazhuang | 18 |
| CAIYUANGUNGUN | 24 |
| iYIMENG | 26 |
| auto-part-racing-zoon | 36 |
| auto-replacement-zone | 37 |
| Autotrade-zone | 38 |
| autozoon-parts | 39 |
| Drive-Auto | 40 |
| boltbost | 41 |
| carshow-zone | 42 |
| drivegearmotors | 44 |
| drive-inauto | 45 |
| maruprides-zone | 51 |
| MotorMasters-autoparts | 52 |
| prosautoparts | 54 |

|  |  |
|---|---|
| Dated this 12th day of June 2025. | Respectfully submitted, |

/s/ David Wokoun
David Wokoun (100824)
dwokoun@gbc.law
GREER, BURNS & CRAIN, LTD.
200 West Madison St., Suite 2100
Chicago, Illinois 60606
Tel: 312.360.0080
Fax: 312.360.9315

-and-

/s/ David B. Rosemberg
David B. Rosemberg, P.A. (0582239)
david@rosemberglaw.com
ROSEMBERG LAW
20200 W. Dixie Hwy., Ste. 602
Aventura, Florida 33180
Tel: 305.602.2008
Fax: 305.602.0225

*Counsel for Plaintiffs*